NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7161

FRANK C. BRIDGES, JR.,

Claimant-Appellant,

v.

GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs,

Respondent-Appellee.

William S. Harwood, Jr., Verrill Dana, LLP, of Portland, Maine, argued for claimant-appellant.

Michael N. O'Connell, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee.  With him on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Franklin E. White, Jr., Assistant Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Ethan G. Kalett, Attorney, United States Department of Veterans Affairs, of Washington, DC.

Appealed from:  United States Court of Appeals for Veterans Claims

Chief Judge William P. Greene, Jr.

NOTE:  This disposition is nonprecedential.

# *United States Court of Appeals for the Federal Circuit*

2007-7161

FRANK C. BRIDGES, JR.,

Claimant-Appellant,

v.

GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs,

Respondent-Appellee.

# *Judgment*

*ON APPEAL from the*   UNITED STATES COURT OF APPEALS
FOR VETERANS CLAIMS

*in CASE NO(S).*        04-1245

*This CAUSE having been heard and considered, it is*

*ORDERED and ADJUDGED:*

Per Curiam (SCHALL, BRYSON, AND MOORE, <u>Circuit Judges</u>).

AFFIRMED.  <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED:  <u>October 11, 2007</u>        /s/  Jan Horbaly
                                              Jan Horbaly, Clerk